IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

JORDAN OWENS,              )
                      )
   Plaintiff,          )
                      )
   v.              )     Civil Action No. 1:25-cv-901 (RDA/LRV)
                      )
UNITED STATES,        )
                      )
   Defendant.        )

## ORDER

This matter is before the Court on Plaintiff's Consolidated Motion to Vacate Judgment, for Reconsideration, for Injunctive Relief, and for Leave to Amend Complaint (Dkt. 23) and Motion for Leave to Appoint an Independent Special Master (Dkt. 25). The same day that Plaintiff filed these motions, he filed a Notice of Appeal as to this Court's prior Orders (Dkts. 9, 21). Dkt. 27. "Under Supreme Court precedent, [a] notice of appeal suspend[s] the district court's power to act, requiring that the district court halt all proceedings related to the appeal." *City of Martinsville, Virginia v. Express Scripts, Inc.*, 128 F.4th 265, 268 (4th Cir. 2025) (citing *Coinbase, Inc. v. Bielski*, 599 U.S. 736, 741 (2023); *Griggs v. Provident Consumer Disc. Co.*, 459 U.S. 56, 58 (1982)). Accordingly, it is hereby

ORDERED that the Motions (Dkts. 23, 25) are DENIED WITHOUT PREJUDICE for lack of jurisdiction; and it is

FURTHER ORDERED that the Clerk of the Court is DIRECTED to place this matter among the inactive matters and to forward copies of this Order to all parties.

It is SO ORDERED.

Alexandria, Virginia
April ___8___, 2026

                                     /s/
                                 Rossie D. Alston, Jr.
                                 United States District Judge