IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

JORDAN OWENS,                                )
                                             )
        Plaintiff,                           )
                                             )
v.                                           )        Civil Action No. 1:25-cv-901 (RDA/LRV)
                                             )
UNITED STATES,                               )
                                             )
        Defendant.                           )

## ORDER

This matter is before the Court on Plaintiff's Motion for Judgment on the Administrative

Record (Dkt. 32), Motion for Summary Judgment (Dkt. 33), Motion to Set Aside Agency Action

as Arbitrary, Capricious, and Contrary to Law (Dkt. 34), and Request for Hearing (After Appeal)

(Dkt. 35).  As the Court has previously noted, Plaintiff filed a Notice of Appeal as to this Court's

prior Orders in this matter on April 3, 2026.  Dkts. 27; 29.  "Under Supreme Court precedent, [a]

notice of appeal suspend[s] the district court's power to act, requiring that the district court halt all

proceedings related to the appeal." *City of Martinsville, Virginia v. Express Scripts, Inc.*, 128 F.4th

265, 268 (4th Cir. 2025) (citing *Coinbase, Inc. v. Bielski*, 599 U.S. 736, 741 (2023); *Griggs v.*

*Provident Consumer Disc. Co.*, 459 U.S. 56, 58 (1982)).  Accordingly, it is hereby

ORDERED that the Motions (Dkts. 32-35) are DENIED WITHOUT PREJUDICE for lack

of jurisdiction, and, alternatively, as premature where Defendant's deadline to serve a responsive

pleading has not yet passed.

It is SO ORDERED.

Alexandria, Virginia
April **29**, 2026

                                        _____/s/_____
                                        Rossie D. Alston, Jr.
                                        United States District Judge