**U.S. Department of Justice**
**United States Marshals Service**

## PROCESS RECEIPT AND RETURN
See *"Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Jordan Owens | 1:25-cv-00901-RDA-LRV |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| The United States of America    2026 MAY -4 P 4: 29 | Summons/Complaint |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
The United States of America

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
101 Independence Ave., SE Washington DC 20559

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 3 |
| | Check for service on U.S.A | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| *[signature]* Deputy Clerk | | 703-299-2101 | 3/6/2026 |

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1/3 | 83 | 16 | *Sylvia Skelton* | MARCH 20, 2026 |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date 4/29/2026 | Time 1115 | ☑ am ☐ pm |
|---|---|---|---|
| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy *[signature]* | | |

Costs shown on *attached USMS Cost Sheet* >>

REMARKS

I could not get in the building and OGC would not come down to receive the process

**RECEIVED**
**By Devon Baker at 12:25 pm, Mar 23, 2026**

2026 MAR 09 07:13
UNITED STATES MARSHAL

Form USM-285
Rev. 03/21

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-00901-RDA-LRV

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    The United States of America
was received by me on *(date)*    3/23/2024    .

☐ I personally served the summons on the individual at *(place)*

on *(date)*                                    ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)*                , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*                                    , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)*                                    ; or

☑ I returned the summons unexecuted because    unable to locate                    ; or

☐ Other *(specify):*



My fees are $    0    for travel and $    0    for services, for a total of $    0.00    .


I declare under penalty of perjury that this information is true.

Date:  4/29/2024

*Kyle Butz*
*Server's signature*

Kylen Butz  (DUSM)
U.S. Marshals Service *Printed name and title*
U.S. Courthouse
333 Constitution Ave., N.W.
Washington, D.C. 20001

*Server's address*


Additional information regarding attempted service, etc: