**In the United States District Court**
**For the Eastern District of Virginia**
**Alexandria Division**

Owens, Jordan

Plaintiff(s)

v.

United States

Defendant(s)

2026 MAY 29  A 11: 49

Civil Action No. __1:25-cv-00901__

## NOTICE

PLEASE TAKE NOTICE that on ___3rd of June___, *(enter date of hearing)* at 10:00 a.m., or as soon thereafter as the undersigned may be heard, the plaintiff(s) will present to the Court the Motion __to Strike and leave__ *(enter motion type).*

_____
Signature

Jordan Owens
Printed Name

8220 Russell Road
Street Address

Alexandria Va 22309
City, State, and Zip Code

571 455 3457
Telephone Number