In the United States District Court
For the Eastern District of Virginia
Alexandria Division

FILED

2025 JUN -4  P 4: 42

Owens, Jordan
_____
Plaintiff(s)

v.                                                    Civil Action No. 1:25-cv-00901

The United States
_____
Defendant(s)

## NOTICE

PLEASE TAKE NOTICE that on _____10 of June_____, (enter date of
hearing) at 10:00 a.m., or as soon thereafter as the undersigned may be heard, the plaintiff(s) will
present to the Court the Motion ___Request for limited discovery___ (enter motion type).

_____
Signature

Jordan Owens
_____
Printed Name

8220 Russell Rd
_____
Street Address

Alexandria Va 22309
_____
City, State, and Zip Code

571 455 3457
_____
Telephone Number